# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

**NORMAN ANTHONY FOSTER,**

          **Petitioner,**

   **v.**

**RANDALL HEPP, Warden,**
**Jackson Correctional Center,**

       **Respondent.**

**JUDGMENT IN A CIVIL CASE**

**07-C-517-C**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Norman Foster for a writ of habeas corpus is DISMISSED WITH PREJUDICE for his failure to file it within the one-year limitations period set forth in 28 U.S.C. § 2244(d).

**THERESA M. OWENS**

_____

**Theresa M. Owens, Clerk**

**Connie A. Korth**

_____

**by Deputy Clerk**

**10/24/07**

_____

**Date**